IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Suzanne L Decker, | NO. C 03-04943 JW |
| Plaintiff, | **ORDER CONTINUING OSC HEARING DATE** |
| v. | |
| NEC Corporation, et al., | |
| Defendant(s). | |

Based upon the Response to Order to Show Cause filed October 7, 2005, the hearing scheduled for October 17, 2005 is continued to **January 9, 2006** at 9:00 a.m.  On or before **December 30, 2005**, the parties shall file an updated Response to Order to Show Cause.  If a voluntary dismissal is filed, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: October 7, 2005                                                    /s/ James Ware
                                                                                         JAMES WARE
                                                                                         United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adam Paul Brezine abrezine@thelenreid.com
   Jeffrey C. Wurms jwurms@wendel.com
3  Richard A. Lapping, rlapping@thelenreid.com

5  **Dated: October 7, 2005**                    **Richard W. Wieking, Clerk**

7                                                 **By:   /s/ JW Chambers**
                                                       **Ronald L. Davis**
8                                                      **Courtroom Deputy**